1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    CLAYTON THOMAS KIRKEY,

9                              Petitioner,          Case No. C19-1974-JCC-MLP

10           v.                                     REPORT AND RECOMMENDATION

11    STATE OF WASHINGTON,

12                              Respondent.

13

14        Proceeding *pro se*, Petitioner filed a proposed habeas petition pursuant to 28 U.S.C. §

15    2254. (Dkt. # 1.) On December 3, 2019, the Clerk sent Petitioner a letter notifying Petitioner that

16    he must either pay the required filing fee or submit an application to proceed *in forma pauperis*

17    ("IFP"). (Dkt. # 5.) The Clerk warned Petitioner that if he did not respond to the letter by January

18    2, 2020, the action may be subjected to dismissal. (*Id.*)

19        To date, Plaintiff has neither paid the filing fee nor submitted an IFP application.

20    Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to

21    pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report

22    and Recommendation.

23

REPORT AND RECOMMENDATION - 1

1    Objections to this Report and Recommendation, if any, should be filed with the Clerk and

2    served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

3    and Recommendation is signed. Failure to file objections within the specified time may affect

4    your right to appeal. Objections should be noted for consideration on the District Judge's

5    motions calendar for the third Friday after they are filed. Responses to objections may be filed

6    within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter

7    will be ready for consideration by the District Judge on **January 31, 2020**.

8    The Clerk is directed to send copies of this Report and Recommendation to the parties

9    and to the Honorable John C. Coughenour.

10    Dated this 7th day of January, 2020.

11

12    MICHELLE L. PETERSON
      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2