THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAYTON THOMAS KIRKEY, | CASE NO. C19-1974-JCC |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 6). Petitioner filed a proposed *habeas* petition without paying the filing fee. (*See* Dkt. No. 2 at 1.) On December 3, 2019, the Clerk notified Petitioner that he must either pay the filing fee required by 28 U.S.C. § 1914 or apply to proceed *in forma pauperis*. (Dkt. No. 5 at 1.) The Clerk warned Petitioner that if he did not respond to the letter by January 2, 2020, the Court might dismiss his action. (*Id.*) Petitioner never paid the filing fee or applied to proceed *in forma pauperis*. Judge Peterson therefore recommends that the Court dismiss this action. The Court agrees with Judge Peterson's recommendation. Accordingly, the Court ORDERS as follows:

1. The report and recommendation (Dkt. No. 6) is ADOPTED;
2. This action is DISMISSED without prejudice; and
3. The Clerk is DIRECTED to send a copy of this order to Petitioner and Judge

1 | Peterson.

2 | DATED this 2nd day of March 2020.

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER
C19-1974-JCC
PAGE - 2